UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LANAI KNOX, ) | 3:06-CV-555-RAM |
| ) | |
| Plaintiff, ) | <u>MINUTES OF THE COURT</u> |
| ) | |
| vs. ) | May 8, 2008 |
| ) | |
| CENTRIC GROUP, LLC, a foreign ) | |
| limited liability company, KEEFE ) | |
| SUPPLY CO., KEEFE COMMISSARY ) | |
| NETWORK, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>         REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

     Plaintiff has filed an Unopposed Ex Parte Motion for Extension of Time to Oppose Defendants' Motion for Summary Judgment (First Request) (Doc. #33). Good cause appearing,

     Plaintiff's Unopposed Ex Parte Motion for Extension of Time to Oppose Defendants' Motion for Summary Judgment (First Request) (Doc. #33) is <u>GRANTED</u>. Plaintiff shall have and including June 9, 2008, in which to file her Opposition to Defendants' Motion for Summary Judgment.

     IT IS SO ORDERED.

                                           LANCE S. WILSON, CLERK
                                           By:         /s/
                                                   Deputy Clerk